UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
_____

| | |
|---|---|
| SHAH QURAN EHASSAN AZIZ, | Civil No. 07-3208 (JRT/FLN) |
| Petitioner, | **ORDER ADOPTING** |
| v. | **REPORT AND RECOMMENDATION** |
| LYNN DINGLE, | **OF MAGISTRATE JUDGE** |
| Respondent. | |

_____

Shah Quran Ehassan Aziz, *pro se*, #137424, MCF, 970 Pickett Street, Bayport, MN 55003.

J Michael Richardson, **OFFICE OF THE HENNEPIN COUNTY ATTORNEY**, 300 South 6th Street, Suite C-2000, Minneapolis, MN 55487, for respondent.

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated January 24, 2008, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that Petitioner's Petition for Writ of Habeas Corpus [Docket No. 1] is **DENIED**.

DATED: February 19, 2008
at Minneapolis, Minnesota.

                                                                        s/John R. Tunheim
                                                                       JOHN R. TUNHEIM
                                                         United States District Judge